**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **TAMARA WEST, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 06-2064-KHV |
| **FIRST FRANKLIN** ) | |
| **FINANCIAL CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**ORDER FINALLY APPROVING FLSA COLLECTIVE ACTION SETTLEMENT**

This matter comes before the Court on Plaintiffs' Unopposed Motion For Final Approval Of FLSA Collective Action Settlement ("Plaintiffs' Motion") (Doc. #48) filed June 19, 2007. For substantially the reasons set forth in the memorandum in support of the motion, see Memorandum In Support Of Plaintiffs' Unopposed Motion For Final Approval Of FLSA Collective Action Settlement (Doc. #49) filed June 19, 2007, and for good cause shown, the Court hereby approves the parties' proposed settlement of this bona fide dispute under the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 et seq.

**IT IS THEREFORE ORDERED** that Plaintiffs' Unopposed Motion For Final Approval Of FLSA Collective Action Settlement (Doc. #48) filed June 19, 2007 be and hereby is **SUSTAINED**. The Court approves the Settlement Agreement And Release Of Claims ("Settlement Agreement"), attached as Exhibit 1 to Plaintiffs' Motion (Doc. #48).

**IT IS FURTHER ORDERED** that solely for purposes of settlement, this action is certified as a collection action under Section 16(b) of the FLSA which includes the 599 current and former Loan Account Managers identified in the parties' submissions employed by defendant outside the state of

California from June 12, 2003 until April 1, 2007.

**IT IS FURTHER ORDERED** that Stueve Siegel Hanson LLP and The Woody Law Firm PC are appointed as class counsel.  The Court approves the Notice Of Collective Action Settlement ("Notice"), attached as Exhibit 3 to Plaintiffs' Motion (Doc. #48), and the Agreement To Release And Waive Wage And Hour Claims ("Release"), attached as Exhibit 2 to Plaintiffs' Motion (Doc. #48).  As soon as practicable, class counsel shall issue such Notice and Release to putative class members.  The putative class members are given **45 days** from the date of mailing of such Notice and Release to exercise their right to opt into this collective action by returning to class counsel an executed Release.  Defendant shall pay all eligible class members who opt into this collective action in accordance with the terms of the Settlement Agreement.

**IT IS FURTHER ORDERED** that class counsel are entitled to attorneys' fees and costs in the amount of $1,275,355.80 which reflects 30 per cent of the FLSA settlement fund provided under the Settlement Agreement.  As current plaintiffs, Tamara West, Adrienne Flowers, Michele Dinkins, Judy Roland and Ann-Marie Grzovic are entitled to an incentive award in the amount of $5,000 each.  Defendant shall pay the attorneys' fees, costs and incentive awards in accordance with the terms of the Settlement Agreement.

Dated this 31st day of July, 2007 at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge